IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

(1) ANDREW CHABALLA, as Next of Kin of LAVERNE SOMERS, Deceased, and ANDREW CHABALLA as Administrator of the Estate of LAVERNE SOMERS )
)
)
)
)
Plaintiff(s), )
)
v. ) Case No. CIV-22-772-F
)
(1) SP HEALTHCARE MANAGEMENT LLC )
(2) MIDWEST GERIATRIC MANAGEMENT, LLC )
(3) JUDAH BIENSTOCK )
)
)
Defendant(s) )

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

DEFENDANTS, (1) SP HEALTHCARE MANAGMENT LLC, (2) MIDWEST GERIATRIC MANAGEMENT, LLC, and (3) Judah Bienstock.
(Plaintiff/Defendant)   (Name of Party)

I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

s/ Kaylee Davis-Maddy     October 7, 2022
Signature     Date

Kaylee Davis-Maddy
Print Name

Criminal Cases Only:

☐ Retained or USA

☐ CJA Appointment

☐ Federal Public Defender

☐ Pro Bono

☐ CJA Training Panel

Doerner Saunders Daniel & Anderson
Firm

210 Park Avenue, Suite 1200
Address

Oklahoma City     OK     73102
City     State     Zip Code

(405) 319-3513
Telephone

kmaddy@dsda.com
Internet E-mail Address

REVISED 05/14/18

## Certificate of Service

☑ I hereby certify that on October 7, 2022, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System for filing. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

☐ I hereby certify that on _____, I filed the attached document with the Clerk of the Court and served the attached document by _____ on the following, who are not registered participants of the ECF System:

s/ Kaylee Davis-Maddy
s/ Attorney Name