# UNITED STATES DISTRICT COURT

### WESTERN DISTRICT OF OKLAHOMA

(1) ANDREW CHABALLA, et al.

    Plaintiff(s)

vs.   Case Number:  CIV-22-772-F

(1) SP HEALTHCARE MANAGEMENT

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

MIDWEST GERIATRIC MANAGEMENT LLC

[name of party]

who is a (check one)   ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES   ☑ NO

    If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one)  ☐ YES   ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  7th   day of  October  , 20 22 .

| s/Kaylee Davis-Maddy |  |
|---|---|
| Signature | |
| Kaylee Davis-Maddy | 31534 |
| Printed Name | Bar Number |
| Doerner Saunders Daniel & Anderson | |
| Firm Name | |
| 210 Park Avenue, Suite 1200 | |
| Address | |
| Oklahoma City | OK    73102 |
| City | State    ZIP |
| (405) 319-3513 | (405) 319-3524 |
| Phone | Fax |
| kmaddy@dsda.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on  October 7, 2022   (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Ryan J. Fulda

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service   ☐ In Person Delivery
☐ Courier Service   ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

S/Kaylee Davis-Maddy
Signature