# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

(1) ANDREW CHABALLA, et al.

    Plaintiff(s)

vs.   Case Number: CIV-22-772-F

(1) SP HEALTHCARE MANAGEMENT

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

SP HEALTHCARE MANAGEMENT LLC
[name of party]

who is a (check one) ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES  ☑ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one)  ☐ YES  ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  7th  day of  October , 20 22 .

s/Kaylee Davis-Maddy
Signature

Kaylee Davis-Maddy                         31534
Printed Name                                      Bar Number

Doerner Saunders Daniel & Anderson
Firm Name

210 Park Avenue, Suite 1200
Address

Oklahoma City                   OK     73102
City                                          State    ZIP

(405) 319-3513           (405) 319-3524
Phone                                  Fax

kmaddy@dsda.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on <u>October 7, 2022</u> (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Ryan J. Fulda

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service     ☐ In Person Delivery
☐ Courier Service          ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

S/Kaylee Davis-Maddy
Signature