IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANDREW CHABALLA, as Next of Kin of LAVERNE SOMERS, Deceased, and ANDREW CHABALLA as Administrator of the Estate of LAVERNE SOMERS<br><br>Plaintiffs,<br><br>v.<br><br>(1) SP HEALTHCARE MANAGEMENT LLC<br><br>(2) MIDWEST GERIATRIC MANAGEMENT, LLC<br><br>(3) JUDAH BIENSTOCK<br><br>Defendant(s). | Case No. 5:22-cv-00772-F<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF SERVICE

The Plaintiffs, by and through the undersigned counsel, hereby certifies that Plaintiffs' FRCP 26(A) Disclosures to all Defendants, and were served on January 17, 2023, via e-mail to all counsel of record:



*Filing of Steele Chaffee*

1

Respectfully submitted,

/s/ Ryan J. Fulda
Ryan J. Fulda
OK Bar Number: 21184
Ryan.fulda@schafferherring.com
SCHAFFER HERRING PLLC
7134 South Yale, Ste. 300
Tulsa, Oklahoma 74136
Telephone: (918) 550-8105
Fax: (918) 749-8803


/s/ Jonathan Steele
Jonathan Steele, *Admitted Pro Hac Vice*
STEELE CHAFFEE, LLC
2345 Grand Boulevard, Suite 750
Kansas City, MO 64108
Ph: (816) 466-5947
Fax: (913) 416-9425
jonathan@nursinghomeabuselaw.com

CERTIFICATE OF SERVICE



I hereby certify that the below-signed Attorney signed the original of the above and foregoing and is maintaining the original copy at said Attorney's office, and that on January 17, 2023 a copy of the above and foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all parties and attorneys of record.

*/s/ Jonathan Steele*
Attorney for Plaintiff(s)