IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)   ANDREW CHABALLA, as Next of Kin of LAVERNE SOMERS, Deceased, and ANDREW CHABALLA as Administrator of the Estate of LAVERNE SOMERS<br><br>                                    Plaintiffs,<br>v.<br><br>(1)   SP HEALTHCARE MANAGEMENT LLC,<br>(2)   MIDWEST GERIATRIC MANAGEMENT, LLC, and<br>(3)   JUDAH BIENSTOCK<br><br>                                    Defendants. | Case No. 5:22-cv-00772-F |

**ORDER GRANTING JOINT MOTION TO EXTEND
SCHEDULING ORDER DEADLINES**

NOW on this 16th day of August, 2023, the Court considered the Joint Motion to Extend Scheduling Order Deadlines [Doc. #28].  The Court having reviewed the Joint Motion, and for good cause having been demonstrated, finds that the request should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED BY THE COURT that the following deadlines are hereby reset as follows:

| Description | Deadline |
|---|---|
| Plaintiff's expert witness list and expert reports | 12/20/2023 |
| Plaintiff's final witness list | 1/10/2024 |

| Description | Deadline |
| --- | --- |
| Defendants' final witness list | 1/24/2024 |
| Defendants' expert witness list and expert reports | 1/10/2024 |
| Defendants' final witness list | 1/24/2024 |
| Plaintiff's exhibit list | 1/10/2024 |
| Defendants' exhibit list | 1/24/2024 |
| Motions in limine due | 4/23/2024 |
| Jury instructions & verdict forms due | 4/23/2024 |
| Voir dire requests due | 4/23/2024 |
| Trial briefs due | 4/23/2024 |
| Case Referred to Mediator; ADR Completion Date due by | 1/15/2024 |
| Discovery due by | 4/15/2024 |
| Jury Trial set for | 5/14/2024 |
| Dispositive & Daubert Motions due by | 2/1/2024 |
| Pretrial Report due by | 4/23/2024 |

All other dates in the previous Scheduling Order not addressed herein shall remain unchanged.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0772p005.PO.docx