UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)    ANDREW CHABALLA, as Next of Kin of LAVERNE SOMERS, Deceased, and ANDREW CHABALLA as Administrator of the Estate of LAVERNE SOMERS<br><br>                      Plaintiffs,<br>v.<br><br>(1)    SP HEALTHCARE MANAGEMENT LLC<br><br>(2)    MIDWEST GERIATRIC MANAGEMENT, LLC<br><br>(3)    JUDAH BIENSTOCK<br><br>                      Defendants. | Case No. 5:22-cv-00772-F |

## JOINT MOTION TO EXTEND SCHEDULING ORDER DEADLINES

COME NOW, all Parties, by and through their respective counsel of record and hereby file this Joint Motion on behalf of all Parties and request this Honorable Court to extend all non-expired Scheduling Order deadlines in this matter by 60 days. In support of this Motion, the Parties would show the Court as follows:

1.    On December 1, 2022, this Court entered a Scheduling Order in this matter. *See* Doc. #23.

2. The Court's Scheduling Order set the following remaining deadlines:

| Description | Deadline |
| --- | --- |
| Plaintiff's expert witness list and expert reports | 8/20/2023 |
| Plaintiff's final witness list | 9/10/2023 |
| Defendants' final witness list | 9/24/2023 |
| Defendants' expert witness list and expert reports | 9/10/2023 |
| Defendants' final witness list | 9/24/2023 |
| Plaintiff's exhibit list | 9/10/2023 |
| Defendants' exhibit list | 9/24/2023 |
| Motions in limine due | 12/15/2023 |
| Jury instructions & verdict forms due | 12/15/2023 |
| Voir dire requests due | 12/15/2023 |
| Trial briefs due | 12/15/2023 |
| Case Referred to Mediator; ADR Completion Date due by | 9/15/2023 |
| Discovery due by | 12/15/2023 |
| Jury Trial set for | 1/9/2024 09:30 am |
| Dispositive & Daubert Motions due by | 10/1/2023 |
| Pretrial Report due by | 12/15/2023 |

3. The parties have continuously conducted discovery in this matter in good faith.

4. Throughout the course of Discovery, Defendants collectively have provided 4,826 pages of documents in response to discovery requests.

5. Plaintiff has produced 1,132 pages of documents.

6. To date, the parties have met and conferred on multiple occasions related to discovery disputes and supplemental responses and production which has led to additional documents produced and supplemental responses to discovery.

7. Many additional pages of medical records have been received from other providers, with additional probable production still pending.

8. The parties have met and conferred multiple times related to the Fed. R. Civ. P. 30(b)(6) corporate representative deposition topics issued by Plaintiff to the corporate Defendants and are working diligently to come to an agreement as to the scope of the topics. The Parties are hopeful they will be able to work out the remainder of their dispute without court intervention, at which time the depositions of the corporate representatives will be scheduled.

9. On August 23, 2016, the Court amended the scheduling order for the purpose of facilitating and scheduling additional depositions and discovery in this matter. The amended scheduling order set forth the following deadlines:

| Description | Deadline |
| --- | --- |
| Plaintiff's expert witness list and expert reports | 12/20/2023 |
| Plaintiff's final witness list | 1/10/2024 |
| Defendants' final witness list | 1/24/2024 |
| Defendants' expert witness list and expert reports | 1/24/2024 |
| Defendants' final witness list | 1/22/2024 |
| Plaintiff's exhibit list | 1/10/2024 |
| Defendants' exhibit list | 1/24/2024 |
| Motions in limine due | 4/23/2024 |
| Jury instructions & verdict forms due | 4/23/2024 |
| Voir dire requests due | 4/23/2024 |
| Trial briefs due | 4/23/2024 |
| Case Referred to Mediator; ADR Completion Date due by | 1/15/2024 |
| Discovery due by | 4/15/2024 |
| Jury Trial set for | |
| Dispositive & Daubert Motions due by | 2/1/2024 |
| Pretrial Report due by | 4/23/2024 |

10. Defendants are in the midst of a rolling production of emails that have been the subject of months of a meet and confer process. Moreover, at least 6 crucial fact witnesses – according to plaintiffs — are former employees that must be subpoenaed for their depositions and that process of service of process and scheduling has taken longer than expected. Without the emails and subpoenaed depositions, Plaintiffs cannot in good faith designate their experts.

11. Based on the foregoing and anticipated future discovery needs in this matter, all Parties agree and request that, for the purpose of facilitating and scheduling additional depositions and discovery in this matter, the deadlines in the current Scheduling Order be extended by one hundred and twenty (60) days to the following dates

| Description | Deadline |
| --- | --- |
| Plaintiff's expert witness list and expert reports | 2/20/24 |
| Plaintiff's final witness list | 311/2024 |
| Defendants' final witness list | 3/25/2024 |
| Defendants' expert witness list and expert reports | 3/25/2024 |
| Defendants' final witness list | 3/22/2024 |
| Plaintiff's exhibit list | 3/11/2024 |
| Defendants' exhibit list | 3/25/2024 |
| Motions in limine due | 6/23/2024 |
| Jury instructions & verdict forms due | 6/23/2024 |

| | |
|---|---|
| Voir dire requests due | 6/23/2024 |
| Trial briefs due | 6/23/2024 |
| Case Referred to Mediator; ADR Completion Date due by | 4/15/2024 |
| Discovery due by | 6/17/2024 |
| Jury Trial set for | |
| Dispositive & Daubert Motions due by | 4/1/2024 |
| Pretrial Report due by | 6/24/2024 |

12. The Parties have worked diligently in this matter but agree that additional time is needed in order to fully complete discovery in this matter.

13. All counsel have conferred and agree to the need for the relief sought in the present motion.

14. The Parties have made 1 previous request to extend the Scheduling Order deadlines in this case.

15. This extension is not sought for the purpose of delay but to provide the Parties sufficient time to complete discovery and to address the Court's remaining deadlines.

16. This Motion is made in the interest of justice and to allow the proper preparation of this case, and not for the purpose of delay or to unduly burden the Court's docket.

17. The granting of this Motion will not cause prejudice to any party hereto nor

will it cause any change to the Court's docket or delay in the Court's hearing of this matter.

WHEREFORE, the Parties respectfully request this Court to amend certain deadlines as set forth above.

DATED: December \_\_\_\_, 2023.

                                        Respectfully submitted,

                                        [\*\*signatures on following page\*\*]

DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.

s/Kaylee Davis-Maddy
Kaylee Davis-Maddy, OBA No. 31534
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Phone: (405) 319-3513
Fax: (405) 319-3524
Email:  kmaddy@dsda.com

And

Brian M. Keester, OBA No. 33208
Two West Second St, Ste 700
Tulsa, OK 74103
Phone: (918) 591-5327
Fax: (918) 925-5327
Email:  bkeester@dsda.com
**Attorneys for Defendants**


 /s/ Ryan J. Fulda
Ryan J. Fulda, OBA No. 21174
Ryan.fulda@schafferherring.com
SCHAFFER HERRING PLLC
7134 South Yale, Ste 300
Tulsa, Oklahoma 74136
Telephone: (918) 550-8105
Fax: (918) 749-8803
**Attorney for Plaintiff**


 /s/Jonathan Steele
Jonathan Steele, KS #24852
STEELE LAW FIRM II LLC
2345 Grand Boulevard, Suite 750
Kansas City, MO 64108
Phone: (816) 466-5947
**Attorney for Plaintiff**

8