UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANDREW CHABALLA, as Next of Kin of LAVERNE SOMERS, Deceased, and ANDREW CHABALLA as Administrator of the Estate of LAVERNE SOMERS<br><br>Plaintiffs,<br>v.<br><br>(1) SP HEALTHCARE MANAGEMENT LLC<br><br>(2) MIDWEST GERIATRIC MANAGEMENT, LLC<br><br>(3) JUDAH BIENSTOCK<br><br>Defendants. | Case No. 5:22-cv-00772-F |

**ORDER GRANTING JOINT MOTION TO EXTEND
SCHEDULING ORDER DEADLINES**

NOW on this 21st day of December, 2023, the Court considered the Joint Motion to Extend Scheduling Order Deadlines [Doc. #30]. The Court having reviewed the Joint Motion, and for good cause having been demonstrated, finds that the request should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED BY THE COURT that the following deadlines are hereby reset as follows:

| Description | Deadline |
|---|---|
| Plaintiff's expert witness list and expert reports | 2/20/24 |

| Description | Deadline |
| --- | --- |
| Defendants' expert witness list and expert reports | 3/12/2024 |
| Plaintiff's final witness list | 3/10/2024 |
| Plaintiff's exhibit list | 3/10/2024 |
| Defendants' final witness list | 3/24/2024 |
| Defendants' exhibit list | 3/24/2024 |
| Case Referred to Mediator; ADR Completion Date due by | 3/15/2024 |
| Dispositive & Daubert Motions due by | 4/1/2024 |
| Discovery due by | 6/15/2024 |
| Motions in limine due | 6/18/2024 |
| Jury instructions & verdict forms due | 6/18/2024 |
| Voir dire requests due | 6/18/2024 |
| Trial briefs due | 6/18/2024 |
| Pretrial Report due by | 6/18/2024 |
| Jury Trial set for | 7/9/2024 |

DATED this 21st day of December, 2023.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0772p006.PO.docx

2