# STATE OF OKLAHOMA
# CERTIFICATE OF DEATH



**STATE FILE NUMBER:** 2020-042741

| Field | Value |
|---|---|
| 1. DECEDENT'S LEGAL NAME | LAVERNE LAURA SOMERS |
| 1a. LAST NAME PRIOR TO FIRST MARRIAGE | SOMERS |
| 2. SEX | FEMALE |
| 3. SOCIAL SECURITY NUMBER | UNKNOWN |
| 4. EVER IN US ARMED FORCES? | NO |
| 5a. AGE - Last birthday (years) | 86 |
| 5b. UNDER 1 YEAR | |
| 5c. UNDER 1 DAY | |
| 6. DATE OF BIRTH | OCTOBER 5, 1934 |
| 7. BIRTHPLACE | NETT LAKE, MINNESOTA |
| 8a. RESIDENCE-State | OKLAHOMA |
| 8b. RESIDENCE-County | OKLAHOMA |
| 8c. RESIDENCE-City or Town | OKLAHOMA CITY |
| 8d. RESIDENCE-Zip Code | 73103 |
| 8e. RESIDENCE-Inside City Limits? | NO |
| 8f. RESIDENCE-Street and Number | 2707 WEST I 240 SERVICE ROAD |
| 8g. RESIDENCE-Apt. Number | APT. B |
| 9. MARITAL STATUS AT TIME OF DEATH | ☒ Never Married |
| 10. SURVIVING SPOUSE'S NAME | |
| 11a. FATHER'S NAME | UNKNOWN UNKNOWN |
| 11b. FATHER'S LAST NAME PRIOR TO FIRST MARRIAGE | |
| 12a. MOTHER'S NAME | JOSEPHINE DAY |
| 12b. MOTHER'S LAST NAME PRIOR TO FIRST MARRIAGE | SOMERS |
| 13. DECEDENT OF HISPANIC ORIGIN? | NO, NOT SPANISH/HISPANIC/LATINO |
| 14. DECEDENT'S RACE | AMERICAN INDIAN OR ALASKA NATIVE (BOIS FORTE BAND OF CHIPPEWA) |
| 15. DECEDENT'S EDUCATION | BACHELOR'S DEGREE (E.G. BA, AB, BS) |
| 16. DECEDENT'S USUAL OCCUPATION | MENTAL HEALTH |
| 17. KIND OF BUSINESS / INDUSTRY | HEALTH CARE |
| 18a. INFORMANT'S NAME | ANDREW CHABALLA |
| 18b. RELATIONSHIP TO DECEDENT | SON |
| 18c. MAILING ADDRESS | 2707 WEST I 240 SERVICE ROAD APT. B, OKLAHOMA CITY, OKLAHOMA 73103 |
| 19. METHOD OF DISPOSITION | ☒ Cremation |
| 20. PLACE OF DISPOSITION | ALPHA AND OMEGA MORTUARY SERVICES AND CREMATORY |
| 21. LOCATION – City, Town and State | OKLAHOMA CITY, OKLAHOMA |
| 22. NAME AND COMPLETE ADDRESS OF FUNERAL FACILITY | ALTERNATIVES CREMATION & FUNERAL SERVICE - CORDELL, 1206 N MARKET STREET, CORDELL, OKLAHOMA 73632 |
| 23. FUNERAL HOME DIRECTOR OR FAMILY MEMBER ACTING AS SUCH | RICHARD VARNER |
| 24. FH ESTABLISHMENT LICENSE # | 1947ES |

## 25. PLACE OF DEATH

IF DEATH OCCURRED OTHER THAN IN A HOSPITAL: ☒ Nursing home/Long term care facility

| Field | Value |
|---|---|
| 26. FACILITY NAME | SOUTH POINT REHABILITATION AND CARE CENTER |
| 27. CITY OR TOWN, STATE AND ZIP CODE OF LOCATION OF DEATH | OKLAHOMA CITY, OKLAHOMA, 73119 |
| 28. COUNTY OF DEATH | OKLAHOMA |
| 29. DATE OF DEATH | OCTOBER 26, 2020 |
| 30. TIME OF DEATH | 18:23 FOUND |
| 31. WAS MEDICAL EXAMINER CONTACTED? | YES |
| 32. WAS AN AUTOPSY PERFORMED? | NO |
| 33. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |

## CAUSE OF DEATH

**34. PART I.**
a. IMMEDIATE CAUSE: COMPLICATIONS OF RIGHT GLOBE FRACTURE STATUS POST REPAIR — Approximate interval: UNDETERMINED
b. FALL — UNDETERMINED
c.
d. 2006058

**35. PART II.** DEMENTIA (NOT OTHERWISE SPECIFIED); HYPERTENSIVE CARDIOVASCULAR DISEASE

| Field | Value |
|---|---|
| 36. MANNER OF DEATH | ☒ Accident |
| 37. IF FEMALE | |
| 38. DID TOBACCO USE CONTRIBUTE TO DEATH? | ☒ Unknown |
| 39. DATE OF INJURY | 10/22/2020 |
| 40. TIME OF INJURY | UNKNOWN |
| 41. PLACE OF INJURY | NURSING HOME |
| 42. DESCRIBE HOW INJURY OCCURRED | FALL |
| 43. INJURY AT WORK? | NO |
| 44. LOCATION OF INJURY | State: OKLAHOMA; City or Town: OKLAHOMA CITY; Zip Code: 73119; Street & Number: 5725 S. ROSS AVE |
| 45. IF TRANSPORTATION INJURY | |
| 46. CERTIFIER | ☒ MEDICAL EXAMINER On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date and place, and due to the cause(s) and manner stated. |
| 47. NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | EDANA STROBERG, DO; 921 NE 23RD STREET; OKLAHOMA CITY, OKLAHOMA 73105 |
| Certifier | EDANA STROBERG, DO |
| 48. LICENSE NUMBER | 62600K |
| 49. DATE DEATH CERTIFIED | DECEMBER 30, 2020 |
| 50. REGISTRAR'S SIGNATURE | Kelly M Baker |
| 52. DATE RECEIVED BY STATE REGISTRAR | DECEMBER 30, 2020 |

REVISION 2016 — VS 154 (12/16)

VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED

Monday, March 8, 2021 3:38:08 PM