UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)     ANDREW CHABALLA, as Next of Kin of LAVERNE SOMERS, Deceased, and ANDREW CHABALLA as Administrator of the Estate of LAVERNE SOMERS<br><br>                         Plaintiffs,<br>v.<br><br>(1)     SP HEALTHCARE MANAGEMENT LLC<br><br>(2)     MIDWEST GERIATRIC MANAGEMENT, LLC<br><br>(3)     JUDAH BIENSTOCK<br><br>                         Defendants. | Case No. 5:22-cv-00772-F |

### ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THEIR EXPERT DESIGNATION DEADLINE BY TWO DAYS TO INCLUDE FEBRUARY 22, 2024

NOW on this 21st day of February, 2024, the Court considered Plaintiff's Motion to Extend Their Expert Designation Deadline By Two Days To Include February 22, 2024. (Doc. 33). The Court having reviewed the Motion, and for good cause having been demonstrated, finds that the request should be GRANTED.

DATED this 21st day of February, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0772p007.PO.docx