UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)    ANDREW CHABALLA, as Next of Kin of LAVERNE SOMERS, Deceased, and ANDREW CHABALLA as Administrator of the Estate of LAVERNE SOMERS<br><br>Plaintiffs,<br>v.<br><br>(1)    SP HEALTHCARE MANAGEMENT LLC<br><br>(2)    MIDWEST GERIATRIC MANAGEMENT, LLC<br><br>(3)    JUDAH BIENSTOCK<br><br>Defendants. | Case No. 5:22-cv-00772-F |

**DEFENDANTS' FED R. CIV. P. 26(A)(2) DISCLOSURE OF EXPERT WITNESSES**

COME NOW, Defendants, in accordance with Fed. R. Civ. P.26 (a)(2) submits its following disclosure of its expert witness:

**Fed. R. Civ. P. 26(a)(2)(b) Retained Expert Witness:**

1. Dr. Robert Kelly, M.D.
   929 College Avenue, Ste. B,
   Fort Worth, Tx

Dr. Kelly is expected to testify as to nursing home standard of care, causation of death, and Ms. Somers's medical diagnoses at South Pointe and beyond. Dr. Kelly will also testify as to any and all opinions attached hereto as Exhibit A, and fully incorporated herein by reference. Dr. Kelly is also expected to testify with rebuttal opinions to Plaintiff's experts, Dr. Kirby, Suzanne Frederick, and Edana Stroberg. Dr. Kelly is expected to testify that all his opinions are held to a

reasonable degree of medical probability and are based on his education training and experience, review and knowledge of the records and other records documents identified in his report. Dr. Kelly's Report, curriculum vitae, fee schedule, and testimonial history are included as exhibit A.

                **DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.**

                *s/Brian M. Keester*
                Kaylee Davis-Maddy, OBA No. 31534
                210 Park Avenue, Suite 1200
                Oklahoma City, OK 73102
                Phone: (405) 319-3513
                Fax: (405) 319-3524
                Email: kmaddy@dsda.com

                And

                Brian M. Keester, OBA No. 33208
                Two West Second St, Ste 700
                Tulsa, OK 74103
                Phone: (918) 591-5327
                Fax: (918) 925-5327
                Email: bkeester@dsda.com
                ***Attorneys for Defendants***

### Certificate of Service

I hereby certify that on March 12, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                *s/Brian M. Keester*
                Brian M. Keester

8276366.1

2