UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

(1) ANDREW CHABALLA, as Next of Kin
    of LAVERNE SOMERS, Deceased, and
    ANDREW CHABALLA as
    Administrator of the Estate of
    LAVERNE SOMERS

        Plaintiffs,

v.                                                    Case No. 5:22-cv-00772-F

(1) SP HEALTHCARE MANAGEMENT
    LLC

(2) MIDWEST GERIATRIC
    MANAGEMENT, LLC

(3) JUDAH BIENSTOCK

        Defendants.

**ORDER GRANTING**
**JOINT MOTION TO EXTEND MEDIATION DEADLINE**

The Court having considered the Parties' Joint Motion to Extend the Mediation Deadline (Doc. #38), find that in the interests of justice and for good cause, the Joint Motion to Extend Mediation Deadline is HEREBY GRANTED with the MEDIATION DEADLINE NOW BEING CONTINUED, FOR MEDIATION TO OCCUR BY APRIL 30, 2024.

Dated this 13th day of March, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0772p008.PO.docx