UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANDREW CHABALLA, as Next of Kin of LAVERNE SOMERS, Deceased, and ANDREW CHABALLA as Administrator of the Estate of LAVERNE SOMERS<br><br>Plaintiffs,<br><br>v.<br><br>(1) SP HEALTHCARE MANAGEMENT LLC<br><br>(2) MIDWEST GERIATRIC MANAGEMENT, LLC<br><br>(3) JUDAH BIENSTOCK<br><br>Defendants. | Case No. 5:22-cv-00772-F |

**PLAINTIFFS' FINAL WITNESS LIST**

COMES NOW Plaintiffs Andrew Chaballa, as Next of Kin of Laverne Somers, Deceased, and Andrew Chaballa as Administrator of the Estate of Laverne Somers, by and through their counsel of record, and pursuant to the Court's Scheduling Order respectfully submit this Final Witness List.

| Witness | Anticipated Testimony |
|---|---|
| (1) Boucher, Lindsey | **Deposed**. Care and treatment provided to Decedent and his/her experience in the management and operation of SP Healthcare Management LLC |
| (2) Hopkins, Judith | **Deposed**. Care and treatment provided to Decedent and his/her experience in the |

1

|       |                       |                                                                                                                                                      |
|-------|-----------------------|------------------------------------------------------------------------------------------------------------------------------------------------------|
|       |                       | management and operation of SP Healthcare Management LLC                                                                                             |
| (3)   | Pierce, Janie         | **Deposed**. Care and treatment provided to Decedent and his/her experience in the management and operation of SP Healthcare Management LLC         |
| (4)   | Privett, Tammy        | **Deposed**. Care and treatment provided to Decedent and his/her experience in the management and operation of SP Healthcare Management LLC         |
| (5)   | Adam Young            | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLC had in the management and operation of SP Healthcare Management LLC. |
| (6)   | Bridgette Dawson      | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLC had in the management and operation of SP Healthcare Management LLC. |
| (7)   | Helen Manganya        | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLC had in the management and operation of SP Healthcare Management LLC. |
| (8)   | Carleesha Kirk/Moore  | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLC had in the management and operation of SP Healthcare Management LLC. |
| (9)   | Judah Bienstock       | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLC had in the management and operation of SP Healthcare Management LLC. |
| (10)  | Cynthia Colquitt      | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLC                                            |

|      |                                                                    |                                                                                                                                                                                                                           |
|------|--------------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      |                                                                    | had in the management and operation of SP Healthcare Management LLC.                                                                                                                                                      |
| (11) | Jim Mason                                                          | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLC had in the management and operation of SP Healthcare Management LLC.                                             |
| (12) | All individuals identified in SP Somers 000816-002675 (Staffing Records) | Care and treatment provided to Decedent and his/her experience in the management and operation of SP Healthcare Management LLC                                                                                      |
| (13) | Kirby, John MD                                                     | Expert opinions regarding care and treatment provided to Decedent                                                                                                                                                          |
| (14) | Frederick, Suzanne MSN, RN-BC, CWCN                                | Expert opinions regarding care and treatment provided to Decedent; the management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLChad in the management and operation of SP Healthcare Management LLC. |
| (15) | Edana Stroberg                                                     | Will testify regarding Decedent's cause of death consistent with the findings on the death certificate he signed based on her education, training, and experience.                                                        |
| (16) | Brandon French                                                     | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLChad in the management and operation of SP Healthcare Management LLC.                                              |
| (17) | Clay Chism                                                         | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLChad in the management and operation of SP Healthcare Management LLC                                               |
| (18) | Lee Wood                                                           | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLChad in the management and operation of SP                                                                         |

|       |                 | Healthcare Management LLC |
|-------|-----------------|---------------------------|
| (19)  | Tamara Meadows  | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLChad in the management and operation of SP Healthcare Management LLC |
| (20)  | John Paul Taylor | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLChad in the management and operation of SP Healthcare Management LLC |
| (21)  | Robert Taylor   | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLChad in the management and operation of SP Healthcare Management LLC |
| (22)  | Daniel Ervine   | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLChad in the management and operation of SP Healthcare Management LLC |
| (23)  | Kristin Johnson | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLChad in the management and operation of SP Healthcare Management LLC |
| (24)  | Brandon Tappan  | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLChad in the management and operation of SP Healthcare Management LLC |
| (25)  | Dawn Watson     | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLChad in the management and operation of SP Healthcare Management LLC |
| (26)  | Eddie Parades   | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLChad in the management and operation of SP Healthcare Management LLC |

| | |
|---|---|
| (27)    Cristi Cannon | The management and operation of SP Healthcare Management LLC; the role Midwest Geriatric Management, LLChad in the management and operation of SP Healthcare Management LLC |
| (28)    All witnesses identified by any other party not objected to by the Plaintiffs. | |
| (29)    Rebuttal witnesses as necessary. | |
| (30)    Any custodian of records as necessary for authentication and/or certification of records or exhibits. | |
| (31)    As discovery is continuing in this matter, Plaintiff expressly reserves the right to supplement and/or amend this list of witnesses. | |

Respectfully submitted,

/s/ Ryan J. Fulda
Ryan J. Fulda
OK Bar Number: 21184
rfulda@fuldalaw.com
Fulda Law, PLLC
1800 South Baltimore Avenue, Suite 420
Tulsa, Oklahoma 74119
Phone & Fax: (918) 550-8109

/s/ Jonathan Steele
Jonathan Steele, *Admitted Pro Hac Vice*
The Steele Law Firm II, LLC
2029 Wyandotte, Suite 100
Kansas City, MO 64108
Ph: (816) 466-5947
Fax: (913) 416-9425
jonathan@nursinghomeabuselaw.com

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2024 a copy of the above and foregoing was served electronically to all counsel of record.

*/s/ Jonathan Steele*
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANDREW CHABALLA, as Next of Kin of LAVERNE SOMERS, Deceased, and ANDREW CHABALLA as Administrator of the Estate of LAVERNE SOMERS<br><br>Plaintiffs,<br>v.<br><br>(1) SP HEALTHCARE MANAGEMENT LLC<br><br>(2) MIDWEST GERIATRIC MANAGEMENT, LLC<br><br>(3) JUDAH BIENSTOCK<br><br>Defendants. | Case No. 5:22-cv-00772-F |

**PLAINTIFFS' FINAL EXHIBIT LIST**

COMES NOW Plaintiffs Andrew Chaballa, as Next of Kin of Laverne Somers, Deceased, and Andrew Chaballa as Administrator of the Estate of Laverne Somers, by and through their counsel of record, and pursuant to the Court's Scheduling Order respectfully submit this Final Exhibit List.

(1) Medical records of Decedent from Southpointe;

(2) Medical records of Decedent from Integris.

(3) Decedent's Death Certificate;

(4) Andrew Chaballa handwritten note

(5) State Operations Manual

(6) RAI Manual

1

(7)    Various Oklahoma State Surveys of the Facility

(8)    COVID-19 Nursing Home Data

(9)    Decision-Making Model for Scope of Nursing Practice Decisions- Determining Advanced Practice Registered Nurse, Registered Nurse and Licensed Practical Nurse Scope of Practice Guidelines

(10)   O.A.C. § 490:10-13-1

(11)   PBJ_dailynursestaffing

(12)    Oklahoma Board of Nursing Patient Assessment Guidelines

(13)   Nursing Home Compare Archive Data

(14)   Emails, *SP-Somers 004691- SP-Somers 010522*

(15)   SP Somers 000816-002675 (Staffing Records)

(16)   SP-Somer 000752-00815 (Resident Council Records)

(17)   SP-Somers 003268-004016 In-Service Records and Signatures

(18)   SP-Somers 004017-004077 Lippincott Nursing Policies & Procedures

(19)   SP-Somers 004078-004317 MGM Policies and Procedures

(20)   SP-Somers 004318-004557 Combined Reports 2019-2020

(21)   SP-Somers 004558-004620 DON Reports

(22)   SP-Somers 004621-004658 Perry, Koren

(23)   SP-Somers 004659-004678 Selvey, Kim

(24)   SP-Somers 004679-004690 Shehan, Cindy

(25)   SP-Somers 004691-004757 Young, Adam

(26)   SP-Somers 004758-004782 Waggoner, Randie

(27)   SP-Somers 004783-004826 Midwest Geriatric Management 2020 Full Policy

(28)   OHCA, Licensure Files

(29)   OHCA, Medicaid Cost Reports

(30)   OHCA, Quality of Care Reports

(31)   All documents identified by any other party not objected to by the Plaintiffs.

(32)   As discovery is continuing in this matter, Plaintiff expressly reserves the right to supplement and/or amend this list of exhibits.

Respectfully submitted,

/s/ Ryan J. Fulda
Ryan J. Fulda
OK Bar Number: 21184
rfulda@fuldalaw.com
Fulda Law, PLLC
1800 South Baltimore Avenue, Suite 420
Tulsa, Oklahoma 74119
Phone & Fax: (918) 550-8109

/s/ Jonathan Steele
Jonathan Steele, *Admitted Pro Hac Vice*
The Steele Law Firm II, LLC
2029 Wyandotte, Suite 100
Kansas City, MO 64108
Ph: (816) 466-5947
Fax: (913) 416-9425
jonathan@nursinghomeabuselaw.com

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2024 a copy of the above and foregoing was served electronically to all counsel of record.

/s/ Jonathan Steele
Attorney for Plaintiffs

3