UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANDREW CHABALLA, as Next of Kin of LAVERNE SOMERS, Deceased, and ANDREW CHABALLA as Administrator of the Estate of LAVERNE SOMERS<br><br>Plaintiffs,<br>v.<br><br>(1) SP HEALTHCARE MANAGEMENT LLC<br><br>(2) MIDWEST GERIATRIC MANAGEMENT, LLC<br><br>(3) JUDAH BIENSTOCK<br><br>Defendants. | Case No. 5:22-cv-00772-F |

## **UNOPPOSED MOTION TO EXTEND DEFENDANTS' FINAL WITNESS LIST**

COMES NOW Defendants collectively, by and through their counsel of record, and request that this Court extend the Deadline for Plaintiff's Final Witness list. The Defendants would show the Court as follows:

1. Defendants' final Witness List was originally due 3/25/24 pursuant to the Court's scheduling order.

2. Defendants' final Witness List is based off the submittal of Plaintiff's final witness list.

3. Defendants granted Plaintiff a two (2) week extension to file his final Witness list and it was submitted on March 20, 2024.

4. When Plaintiff Counsel requested the extension from Defense Counsel, he also granted Defense counsel the Same two (2) week extension.

5. Plaintiff's counsel does not oppose this motion.

6. The granting of this Motion will not affect the trial date or prejudice either side in this litigation.

Wherefore, Defendants respectfully request this Court enter an order extending Defendants' final witness list to be due April 8, 2024.

**DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.**

*s/Brian M. Keester*
Kaylee Davis-Maddy, OBA No. 31534
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Phone: (405) 319-3513
Fax: (405) 319-3524
Email: kmaddy@dsda.com

And

Brian M. Keester, OBA No. 33208
Two West Second St, Ste 700
Tulsa, OK 74103
Phone: (918) 591-5327
Fax: (918) 925-5327
Email: bkeester@dsda.com
***Attorneys for Defendants***

## Certificate of Service

      I hereby certify that on March 25, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System.  Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                                      *s/Brian M. Keester*  
                                      Brian M. Keester

8289703.1