UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANDREW CHABALLA, as Next of Kin of LAVERNE SOMERS, Deceased, and ANDREW CHABALLA as Administrator of the Estate of LAVERNE SOMERS <br><br> Plaintiffs, <br><br> v. <br><br> (1) SP HEALTHCARE MANAGEMENT LLC <br><br> (2) MIDWEST GERIATRIC MANAGEMENT, LLC <br><br> (3) JUDAH BIENSTOCK <br><br> Defendants. | Case No. 5:22-cv-00772-F |

**ORDER GRANTING
UNOPPOSED MOTION TO EXTEND MEDIATION DEADLINE**

The Court having considered the Defendants' Unopposed Motion to Extend the Witness List Deadline (Doc. #41), finds that the Unopposed Motion to Extend the Witness List Deadline is HEREBY GRANTED, with the final witness deadline for Defendants now being April 8, 2024.

Dated this 25th day of March, 2024.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

22-0772p009.PO.docx