UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANDREW CHABALLA, as Next of Kin of LAVERNE SOMERS, Deceased, and ANDREW CHABALLA as Administrator of the Estate of LAVERNE SOMERS<br><br>Plaintiffs,<br>v.<br><br>(1) SP HEALTHCARE MANAGEMENT LLC<br><br>(2) MIDWEST GERIATRIC MANAGEMENT, LLC<br><br>(3) JUDAH BIENSTOCK<br><br>Defendants. | Case No. 5:22-cv-00772-F |

CERTIFICATE OF SERVICE

The Plaintiff(s), by and through the undersigned counsel, hereby certifies that the following shared via Dropbox with all counsel of record:

1. Plaintiff's Document Production - OHCA

Respectfully submitted,

/s/ Ryan J. Fulda
Ryan J. Fulda
OK Bar Number: 21184
Fulda Law, PLLC
1800 South Baltimore Avenue, Suite 420

1

        Tulsa, Oklahoma 74119
        Phone & Fax: (918) 550-8109
        rfulda@fuldalaw.com


        /s/ Jonathan Steele
        Jonathan Steele, Admitted Pro Hac Vice
        STEELE LAW FIRM II, LLC
        2029 Wyandotte, Suite 100
        Kansas City, MO 64108
        Ph: (816) 466-5947
        Fax: (913) 416-9425
        jonathan@nursinghomeabuselaw.com


## CERTIFICATE OF SERVICE

I hereby certify that the below-signed Attorney signed the original of the above and foregoing and is maintaining the original copy at said Attorney's office, and that on April 1, 2024 a copy of the above and foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system to all parties and attorneys of record.

*/s/ Jonathan Steele*
Attorney for Plaintiff(s)

2