UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ANDREW CHABALLA, as Next of Kin of LAVERNE SOMERS, Deceased, and ANDREW CHABALLA as Administrator of the Estate of LAVERNE SOMERS<br><br>                Plaintiffs,<br>v.<br><br>(1) SP HEALTHCARE MANAGEMENT LLC<br><br>(2) MIDWEST GERIATRIC MANAGEMENT, LLC<br><br>(3) JUDAH BIENSTOCK<br><br>                Defendants. | Case No. 5:22-cv-00772-F |

## DEFENDANTS' FINAL WITNESS LIST

COME NOW Defendants, SP Healthcare Management, LLC, Midwest Geriatric Management, LLC, and Judah Bienstock, collectively, "Defendants" and respectfully submit this final Witness list. Defendants reserve the right to add witnesses until discovery closes.

| **Witness** | **Anticipated Testimony** |
|---|---|
| 1. Andrew Chaballa | **Deposed.** |

| | |
|---|---|
| 2. Alisha Tapp | Facts and circumstances surrounding the visitation by Plaintiff to his mother and background information on Plaintiff. |
| 3. Laura Sherman | Facts and circumstances surrounding the life of Laverne Somers. |
| 4. Linda Sherman | Not deposed. Facts and circumstances surrounding the life of Laverne Somers. |
| 5. Boucher, Lindsey | **Deposed**. Care and treatment provided to Laverne Somers, and circumstances surrounding the care and treatment of Laverne Somers. |
| 6. Hopkins, Judith | **Deposed**. Care and treatment provided to Laverne Somers, and circumstances surrounding the care and treatment of Laverne Somers. |
| 7. Tammy Privett | **Deposed**. Care and treatment provided to Laverne Somers, and circumstances surrounding the care and treatment of Laverne Somers. |
| 8. Adam Young | Facts and circumstances surrounding SP Healthcare, LLC and treatment of Laverne Somers. |
| 9. Bridgett Dawson | Facts and circumstances surrounding SP Healthcare, LLC and treatment of Laverne Somers. |
| 10. Helen Manganya | Facts and circumstances surrounding SP Healthcare, LLC and treatment of Laverne Somers. |
| 11. Carleesha Kirk/Moore | Facts and circumstances surrounding SP Healthcare, LLC and treatment of Laverne Somers. |

| | |
|---|---|
| 12. Cynthia Colquitt | Facts and circumstances surrounding SP Healthcare, LLC and treatment of Laverne Somers. |
| 13. Judah Bienstock | Facts and circumstances regarding corporate structure. |
| 14. Melissa Bettis | Testimony regarding SP Healthcare Management, LLC and relationship with MGM. |
| 15. Shana Martin | Director of nursing testimony regarding SP Healthcare Management, LLC |
| 16. Director of Nursing, SP Healthcare Management, LLC | Director of nursing testimony regarding SP Healthcare Management, LLC |
| 17. Administrator of SP Healthcare Management, LLC. | Testimony regarding background and operation of SP Healthcare Management, LLC |
| 18. Edana Stroberg, DO | Testimony surrounding the Death Certificate |
| 19. John Kirby, MD | Expert testimony regarding care and treatment provided to decedent. |
| 20. Suzanne Frederick, MSN, RN-BC, CWCN | Expert testimony regarding care and treatment provided to decedent. |
| 21. Robert Kelly, MD | Expert testimony regarding care and treatment provided to decedent. |
| 22. Charles Bogie III, MD. | Facts and circumstances regarding Ms. Somers's health care and treatment/eye surgery. |
| 23. Shideh Khodaddian, D.O. | Testimony regarding the deceased's medical condition, care, and treatment at Integris. |
| 24. Carrie J. Clark, D.O. | Testimony regarding the deceased's medical condition, care, and treatment at Integris. |
| 25. Samantha Curran | Testimony regarding the deceased's medical condition, care, and treatment at Integris. |
| 26. Drew Cooper, MD | Testimony regarding the deceased's medical condition, care, and treatment of Ms. Somers. |
| 27. Matthew R. Whittaker, D.O. | Testimony regarding the deceased's medical condition, care, and treatment of Ms. Somers. |
| 28. Any and all staff from Integris that provided treatment to Laverne Somers | Testimony regarding the deceased's medical condition, care, and treatment of Ms. Somers. |
| 29. Any and all staff from Southwest Medical Center that provided care and treatment to Laverne Somers | Testimony regarding the deceased's medical condition, care, and treatment of Ms. Somers. |

| | |
|---|---|
| 30. Any custodian of Records as necessary for authentication and/or certification of records or exhibits. | . |
| 31. All witnesses identified by any other party and not objected to by Defendants. | |
| 32. Rebuttal witnesses as necessary | |

**DOERNER, SAUNDERS, DANIEL
& ANDERSON, L.L.P.**

*s/Brian M. Keester*
Kaylee Davis-Maddy, OBA No. 31534
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Phone: (405) 319-3513
Fax: (405) 319-3524
Email: kmaddy@dsda.com

And

Brian M. Keester, OBA No. 33208
Two West Second St, Ste 700
Tulsa, OK 74103
Phone: (918) 591-5327
Fax: (918) 925-5327
Email: bkeester@dsda.com

### Certificate of Service

I hereby certify that on April 8, 2024, I electronically transmitted the attached document to the Clerk of Court using the Electronic Case Filing System. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*s/Brian M. Keester*
Brian M. Keester

8305795.1

4