UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1)     ANDREW CHABALLA, as Next of Kin of LAVERNE SOMERS, Deceased, and ANDREW CHABALLA as Administrator of the Estate of LAVERNE SOMERS<br><br>                         Plaintiffs,<br>v.<br><br>(1)     SP HEALTHCARE MANAGEMENT LLC<br><br>(2)     MIDWEST GERIATRIC MANAGEMENT, LLC<br><br>(3)     JUDAH BIENSTOCK<br><br>                         Defendants. | Case No. 5:22-cv-00772-F |

PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY
REGARDING [DOC. 48]

1.      Plaintiff Andrew Chaballa advises the Court that he and his half-sisters Laura Sherman and Linda Sherman have reached an apportion agreement in principle regarding the allocation of settlement proceeds at issue in [Doc. 48].

2.      Undersigned advises the Court that he did not personally serve Laura Sherman and Linda Sherman as he reached them via telephone and sent copies of the documents ordered by the Court in [Doc. 49] via USPS mail and the Shermans then requested that they not have a process server come to their home.

  3. Undersigned hopes to have this agreement finalized in the next 30 days.

  4. If an agreement is reached then Plaintiff Andrew Chaballa will withdrawn his motion contained in [Doc. 48] and dismiss the case with prejudice.

  5. Undersigned will provide the Court with an update by September 6, 2024, if the matter has not been dismissed with prejudice by that date.

Respectfully submitted,

/s/ Ryan J. Fulda
Ryan J. Fulda
OK Bar Number: 21184
Fulda Law, PLLC
1800 South Baltimore Avenue, Suite 420
Tulsa, Oklahoma 74119
Phone & Fax: (918) 550-8109
rfulda@fuldalaw.com

/s/ Jonathan Steele
Jonathan Steele, KS #24852
*Admitted Pro Hac Vice*
STEELE LAW FIRM II LLC
2029 Wyandotte, Suite 100
Kansas City, MO 64108
Phone: (816) 466-5947
jonathan@nursinghomeabuselaw.com

**Attorneys for Plaintiffs**

CERTIFICATE OF SERVICE

I hereby certify that the below-signed Attorney signed the original of the above and foregoing and is maintaining the original copy at said Attorney's office, and that on August 6, 2024 a copy of the above and foregoing was forwarded for service to a Court appointed process server.

/s/ Jonathan Steele
Attorney for Plaintiff(s)

3