UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

(1) ANDREW CHABALLA, as Next of Kin of LAVERNE SOMERS, Deceased, and ANDREW CHABALLA as Administrator of the Estate of LAVERNE SOMERS

Plaintiffs,

v.

(1) SP HEALTHCARE MANAGEMENT LLC

(2) MIDWEST GERIATRIC MANAGEMENT, LLC

(3) JUDAH BIENSTOCK

Defendants.

Case No. 5:22-cv-00772-F

**SIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to FRCP 41(a)(1)(ii), the parties stipulate that all claims are dismissed ***with prejudice*.**

Respectfully submitted,

*/s/ Ryan J. Fulda*
Ryan J. Fulda
OK Bar Number: 21184
Fulda Law, PLLC
1800 South Baltimore Avenue, Suite 420
Tulsa, Oklahoma 74119
Phone & Fax: (918) 550-8109
rfulda@fuldalaw.com

/s/ Jonathan Steele
Jonathan Steele, KS #24852
*Admitted Pro Hac Vice*
STEELE LAW FIRM II, LLC
2029 Wyandotte, Suite 100
Kansas City, MO 64108
Ph: (816) 466-5947
Fax: (913) 416-9425
jonathan@nursinghomeabuselaw.com

***Attorneys for Plaintiff***

DOERNER, SAUNDERS, DANIEL & ANDERSON, L.L.P.

s/Kaylee Davis-Maddy
Kaylee Davis-Maddy, OBA No. 31534
Doerner, Saunders, Daniel & Anderson, L.L.P.
210 Park Avenue, Suite 1200
Oklahoma City, OK 73102
Phone: (405) 319-3513
Fax: (405) 319-3524
Email: kmaddy@dsda.com

And

Brian M. Keester, OBA No. 33208
Two West Second St, Ste 700
Tulsa, OK 74103
Phone: (918) 591-5327

Fax: (918) 925-5327
Email: bkeester@dsda.com

**CERTIFICATE OF SERVICE**

I hereby certify that the below-signed Attorney signed the original of the above and foregoing and is maintaining the original copy at said Attorney's office, and that on January 22, 2025 a copy of the above and foregoing was forwarded for service to a Court appointed process server.

***/s/ Jonathan Steele***
Attorney for Plaintiff(s)